IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SCOTT JONES,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER,<br><br>　　　　　　　　　　Respondent. | C07-4323 JSW<br><br>[PROPOSED] ORDER |

This Court considered Respondent's Request for an Extension of Time to Respond to Petition, and good cause appearing,

IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time is **GRANTED**. Respondent shall respond to the petition by **April 7, 2008**. If Petitioner wishes to respond to the answer or motion, he shall do so by filing a traverse or opposition to the motion with this Court and serving it on Respondent within 30 days of his receipt of the response.

Dated: _____

　　　　　　　　　　　　　　　　　　　　The Honorable Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　United States District Judge