FILED

MAR 10 2008

RICHARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL SCOTT JONES,** | C07-4323 JSW |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **ARNOLD SCHWARZENEGGER;** | |
| Respondent. | |

This Court considered Respondent's Request for an Extension of Time to Respond to Petition, and good cause appearing,

IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time is **GRANTED**. Respondent shall respond to the petition by **April 7, 2008**. If Petitioner wishes to respond to the answer or motion, he shall do so by filing a traverse or opposition to the motion with this Court and serving it on Respondent within 30 days of his receipt of the response.

Dated: MAR 10 2008

/s/ Jeffrey S. White
The Honorable Jeffrey S. White
United States District Judge

~~[Proposed]~~ Order

*Jones v. Schwarzennegger*
C07-4323 JSW

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL S. JONES,

      Plaintiff,

v.

ARNOLD SCHWARZENEGGER et al,

      Defendant.

Case Number: CV07-04323 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Scott Jones E-40401
P.O. Box 689 (G-Wing 319L)
Soledad, CA 93960-0689

Stacey D Schesser
Department of Justice
455 Golden Gate Ave
Suite 11000
San Francisco, CA 94102

Dated: March 10, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk