# EXHIBIT 1

In the Superior Court of the State of California

in and for the County of ___VENTURA___

# Abstract of Judgment
## Commitment to State Prison

Dept. No. __33__    Case No. __CR 24985__    Present:

The People of the State of California

Hon. __LAWRENCE STORCH__
Judge of the Superior Court

vs.

RICHARD HOLMES
Prosecuting Attorney

MICHAEL SCOTT JONES

NEIL QUINN
Counsel for Defendant

Defendant.

This certifies that on the __13th__ day of __November__, 19__89__, judgment of conviction of the above-named defendant was entered as follows:

(1) In Case No. __CR 24985__ Count No. __1__ he was convicted by __jury__ (court or jury); on his plea of __not guilty__

(guilty, not guilty, former conviction or acquittal, once in jeopardy, not guilty by reason of insanity)

of the crime of __murder, second degree__

(designation of crime and degree if any, including fact that it constitutes a second subsequent conviction of same offense if that affects the sentence.)

in violation of __Penal Code section 187(a)__
(reference to Code or Statute, including Section and Subsection thereof, if any violated)

with prior felony convictions as follows:

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Defendant has been held in jail custody for __206 actual__ days as a result of the same criminal act or acts for which he has been convicted.

Defendant __was not__ armed with a deadly weapon at the time of his commission of the offense or a concealed deadly weapon at the time of his arrest within the meaning of Sections 969c and 3024 of the Penal Code.
(was or was not)

Defendant __was not__ armed with a deadly weapon at the time of his commission of the offense within the meaning of Sections 969c and 12022 of the Penal Code.
(was or was not)

Defendant __used__ a firearm in his commission of the offense within the meaning of Sections 969d and 12022.5 of the Penal Code.
(used or did not use)

(Repeat foregoing with respect to each count of which defendant was convicted.)

ABSTRACT OF JUDGMENT

GA-4 (Rev 6/73)

(2) Defendant __was not__ adjudged an habitual criminal within the meaning of Subdivision __N/A__ of Section 644 of the Penal
    (was or was not)                                                                  (a or b)

Code; and the defendant __is not__ an habitual criminal in accordance with Subdivision (c) of that Section.
                        (is or is not)

(3) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the said defendant be punished by imprisonment in the State Prison of the State of California for the term provided by law, and that he be remanded to the Sheriff of the County of __Ventura__ and by him delivered to the Director of Corrections of the State of California at

__Chino__

It is ordered that sentences shall be served in respect to one another as follows (concurrently or consecutively as to each count):

__The use of a firearm ordered to run consecutive to count 1.__

and in respect to any prior incompleted sentence(s) as follows (concurrently or consecutively as to all incomplete sentences from other jurisdictions):

(4) To the Sheriff of the County of __Ventura__ and to the Director of Corrections at the __California Institution for Men, Chino, CA__, pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above-named defendant into the custody of the Director of Corrections at __Chino__, California, at your earliest convenience.

Witness my hand and seal of said court

this __12th__ day of __December, 1989__,

Sheila Gonzalez, Superior Court Executive Officer and Clerk,

by _____ Deputy

State of California,  }
                      } ss.
County of __Ventura__ }

I do hereby certify the foregoing to be a true and correct abstract of judgment duly made and entered on the minutes of the Superior Court in the above entitled action as provided by Penal Code Section 1213.

Attest my hand and seal of the said Superior Court this __12th__ day of __December__, 19__89__.

Sheila Gonzalez

X̶X̶X̶X̶y Clerk and Ex-Officio Clerk of the Superior Court of California in and for the County of
__Ventura__

The Honorable __Lawrence Storch__,

Judge of the Superior Court of the State of California, in and for the County of
__Ventura__.

NOTE: If probation was granted in any sentence of which abstract of judgment is certified, attach a minute order reciting the fact and imposing sentence or ordering a suspended sentence into effect.

REPORT—INDETERMINATE SENTENCE,
OTHER SENTENCE CHOICE

FORM CR 291

SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA
BRANCH _____

COURT I.D.: 5 6

PEOPLE OF THE STATE OF CALIFORNIA versus [X] PRESENT
DEFENDANT: JONES, MICHAEL SCOTT
AKA: [ ] NOT PRESENT

CASE NUMBER(S): CR 24985 -A, -B, -C, -D, -E

REPORT TO JUDICIAL COUNCIL OF: [X] INDETERMINATE SENTENCE TO STATE PRISON  [ ] SENTENCE CHOICE OTHER THAN STATE PRISON

DATE OF HEARING (MO)(DAY)(YR): 12/11/89
DEPT. NO.: 33
JUDGE: LAWRENCE STORCH
CLERK: CHRIS LEAVITT
REPORTER: STEPHANIE HADDEN
COUNSEL FOR PEOPLE: RICHARD HOLMES
COUNSEL FOR DEFENDANT: NEIL QUINN
PROBATION NO. OR PROBATION OFFICER:

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
   A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO/DAY/YEAR | CONVICTION BY: JURY TRIAL / COURT TRIAL / PLEA | 654 STAY | 12022(a) | 12022(b) | 12022.3(a) | 12022.3(b) | 12022.6(a) | 12022.6(b) | 12022.7 | 12022.8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187(a)** | murder, 2nd deg. | 89 | 11 13 89 | X | | | | | | X | | | |

2. A. Number of prior prison terms charged and found

| SECTION | NUMBER |
|---|---|
| 667.5(a) | -0- |
| 667.5(b) | -0- |
| 667.6(b) | -0- |

B. Number of prior felony convictions

| SECTION | NUMBER |
|---|---|
| 667.6(a) | -0- |

*[handwritten: 25 to Life]*
*[handwritten: 17 To Life]*

3. [ ] Defendant was sentenced to death on counts _____
4. [X] Defendant was sentenced to State Prison:
   A. [X] For life, or a term such as 15 or 25 years to life, with possibility of parole, on counts 1
   B. [ ] For life without the possibility of parole on counts _____
   C. [ ] For other term prescribed by law on counts _____
5. [ ] Counts _____, were deemed misdemeanors.
   A. [ ] Defendant sentenced to _____ days in county jail for all counts.
   B. [ ] Defendant fined in sum of $ _____
6. [ ] For counts _____, the defendant was placed on probation.
   A. (1) [ ] Sentence pronounced and execution of sentence was suspended; or
      (2) [ ] Imposition of sentence was suspended.
   B. Conditions of probation included [ ] Jail Time _____ days  [ ] Fine
7. Other dispositions
   A. [ ] Defendant was committed to California Youth Authority.
   B. [ ] Proceedings suspended, and defendant was committed to California Rehabilitation Center.
   C. [ ] Proceedings suspended, and defendant was committed as a Mentally Disordered Sex Offender.
   D. [ ] Proceedings suspended, and defendant was committed as mentally incompetent.
   E. [ ] Other (Specify) _____

NOTE: PURSUANT TO ARTICLE VI, SECTION 6 OF THE CALIFORNIA CONSTITUTION AND SECTION 68505 OF THE GOVERNMENT CODE, THE CHIEF JUSTICE REQUIRES THAT EACH SUPERIOR COURT SHALL COMPLETE THIS FORM FOR EACH INDETERMINATE SENTENCE TO STATE PRISON OR SENTENCE CHOICE OTHER THAN STATE PRISON. THE REPORTS IMPLEMENT SECTION 1170.4 OF THE PENAL CODE AND SHALL BE MAILED TO: ADMINISTRATIVE OFFICE OF THE COURTS, 350 McALLISTER, 3200 STATE BUILDING, SAN FRANCISCO, CALIFORNIA 94102

DATE: 12/12/89
SIGNATURE OF CLERK: *[signature]*

REPORT—INDETERMINATE SENTENCE, OTHER SENTENCE CHOICE
FORM CR 291 (10/1/81)

WHITE COPY TO ADMINISTRATIVE OFFICE OF THE COURTS

Const., Art. VI, § 6
Pen C. 1170.4, 1170.6