# EXHIBIT 7

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA

JUDGE: JAMES P. CLONINGER    DATE: February 27, 2007    TIME: _____

CLERK: CAROL HENRY    BAILIFF: _____    CASE NO: CR24985

TYPE OF CASE:

In re the Matter of

    MICHAEL SCOTT JONES, Petitioner

    for Writ of Habeas Corpus

**NATURE OF PROCEEDINGS:** WRIT OF HABEAS CORPUS DENIED

The decision by the Governor to overrule the Board's setting of a parole date for the petitioner is one with which reasonable people may differ. The petitioner has an unusually good record in prison and has made, as the Governor noted, "creditable gains."

The Governor's determination is, however, supported by some evidence and it appears to the court that he considered the appropriate factors. It is not the court's role to substitute its judgment for that of the Governor or the Board.

The petition for the writ of habeas corpus is denied.

Dated: February 27, 2007

                                                      JAMES P. CLONINGER
                                                      Judge of the Superior Court

**MICHAEL D. PLANET**, Superior Court Executive Officer and Clerk.

                                                   By: _____
                                                         Deputy Clerk

**MINUTES**

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA

CASE NO.:   CR24985                    In the Matter of Michael Scott Jones, Petitioner

I am employed in the County of Ventura, State of California. I am over the age of 18 years and not a party to the above-entitled action. My business address is 800 S. Victoria Avenue, Ventura, CA 93009. On February 28, 2007, I served the following document described as:

WRIT OF HABEAS CORPUS DENIED[           ]

by placing a true copy thereof for collection and mailing so as to cause it to be mailed on the above date, following standard court practices, in sealed envelopes addressed as follows:

Michael S. Jones - #E-40401
Correctional Training Facility
PO Box 689 (GW-319)
Soledad, CA  93960-0689

Office of the District Attorney
Brown Mail #2730
Writ Department

I am "readily familiar" with the County's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service and/or interoffice mail on that same day with postage thereon fully prepaid at Ventura, California in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated and executed at Ventura, California on February 28, 2007.

**MICHAEL D. PLANET**, Superior Court            By: _Pascal Gasparro_
    Executive Officer and Clerk                              Judicial Secretary


**DECLARATION OF MAILING**