# EXHIBIT 9



IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA
SECOND APPELLATE DISTRICT
DIVISION: 6

DATE: April 9, 2007

Superior Court County of Ventura
800 S. Victoria Ave.
Ventura, CA 93009

VENTURA
SUPERIOR COURTS
FILED
APR 19 2007
MICHAEL D. PLANET
Executive Officer and Clerk
BY: _____, Deputy

IN RE
    MICHAEL S. JONES,
ON

HABEAS CORPUS.

B197593
Ventura County No. CR24985


THE COURT:

    Petition for writ of habeas corpus is denied.