# EXHIBIT 11

Court of Appeal, Second Appellate District, Div. 6 - No. B197593
S151971

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re MICHAEL S. JONES on Habeas Corpus

The petition for review is denied.

SUPREME COURT
FILED

JUN 2 0 2007

Frederick K. Ohlrich Clerk

_____
DEPUTY

GEORGE
Chief Justice