Michael Scott Jones #E-40401
Correctional Training Facility
P.O. Box 689 (GW-319L)
Soledad, CA 93960-0689

Petitioner, In Pro se



IN THE UNTIED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SCOTT JONES, | C07-4323 JSW |
| Petitioner, | MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| v. | Judge: The Honorable Jeffrey S. White |
| ARNOLD SCHWARZENEGGER, | |
| Respondent. | |

TO THE HONORABLE JEFFREY S. WHITE JUDGE OF NORTHERN DISTRICT OF CALIFORNIA, UNITED STATES DISTRICT COURT.

COMES NOW, Petitioner Michael S. Jones, requesting he be allowed an extension of 60 days to file his traverse.

Petitioner makes this request because of the unusual circumstances and complexity of this instant matter. Petitioner is not trained in the legal field. The law library here at CTF-Central has limited access, coupled with the fact CTF-Central's law library's capacity is not in accordance to meet the current inmate population needs, further limiting access to the law library.

1 | Furthermore, Petitioner's work assignment further restrict his
2 | ability to access the law library. (See attached declaration.)
3 | Dated: April 20, 2008

Respectfully submitted

*Mike Jones*

Michael S. Jones

DECLARATION OF

MICHAEL SCOTT JONES

I, Michael Scott Jones, Declare that:

1. That I need an additional 60 days to Traverse the People's Return because of limited access to the prison law library due to the hours it is open.

2. I am a laymen of the law.

3. That CTF-Central's prison law library maximum capacity of 60 inmates does not meet the current inmate population needs.

4. That my current work assignment restricts my access to the law labrary.

5. That I will suffer extreme prejudice if I am not allowed the additional 60 days to Traverse the People's Response.

6. I declare under the Penalty of Perjury the foregoing is True and correct. This declaration is executed this 20th Day of April 2008 at SOledad, California.

Michael S. Jones

**PROOF OF SERVICE BY MAIL**

(C.C.P. §§1013A, 2015.5)

STATE OF CALIFORNIA )
                         ) SS.
COUNTY OF MONTEREY )

Michael S. Jones, Petitioner
        v.
Arnold Schwarzenegger, Respondent
C07-4323 JSW

I, __Lance Van Hook__, am a resident of the State of California, County of Monterey. I am over the age of 18 years and I  am/am not  a party to the within action.

My business/residence address is P.O. Box 689, Soledad, California, 93960-0689.

On __April 21__, 20 __08__, I served the foregoing:

__MOTION FOR AN EXTENSION OF TIME TO FILE TRAVERSE.__

on the parties listed below by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States mail at Soledad, California, addressed as follows:

Department of Justice
office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664

There is regular delivery service by the U.S. Postal Service between the place of mailing and the places so addressed.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this __21st__ day of __April__, 20 __08__, at Soledad, California.

/S/ _Lance Van Hook_
Lance Van Hook