FILED

MAY 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SCOTT JONES,                  )     No. C 07-4323 JSW (PR)
                                      )
            Petitioner,               )
                                      )
    vs.                               )     **ORDER GRANTING EXTENSION OF**
                                      )     **TIME**
ARNOLD SCHWARZENNEGGER,               )
                                      )
            Respondents.              )     (Docket No. 9)
                                      )
_____)

Good cause appearing, Petitioner's motion for an extension of time in which to file

a traverse, to and including July 8, 2008, is hereby GRANTED.

This order terminates Docket No. 9.

IT IS SO ORDERED.

DATED: MAY 1 3 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL S. JONES,

Plaintiff,

v.

ARNOLD SCHWARZENEGGER et al,

Defendant.
_____/

Case Number: CV07-04323 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Scott Jones E-40401
P.O. Box 689 (G-Wing 319L)
Soledad, CA 93960-0689

Stacey D Schesser
Department of Justice
455 Golden Gate Ave
Suite 11000
San Francisco, CA 94102

Dated: May 13, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk