1 | Michael Scott Jones #E-40401
2 | Correctional Training Facility
P.O. Box 689 (G-319)
3 | Soledad, California 93960-0689

**FILED**

08 JUL -1  PM 2: 03

RICHARD W. WICKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4 | Petitioner, In Pro se

5

6 | IN THE UNITED STATES DISTRICT COURT

7 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

8 | SAN FRANCISCO DIVISION

9

10 | MICHAEL SCOTT JONES,                    )   C07-4323 JSW
                                          )
11 |                     Petitioner,         )   MOTION FOR AN EXTENSION OF TIME
                                          )   TO FILE TRAVERSE
12 |          v.                            )
                                          )   Judge: The Honorable
13 | ARNOLD SCHWARZENEGGER,                  )           Jeffrey S. White
                                          )
14 |                     Respondent.         )
                                          )
15 | ——————————————————————————————— )

16

17 | TO THE HONORABLE JEFFREY S. WHITE ·JUDGE OF THE NORTHERN DISTRICT OF

18 | CALIFORNIA, UNITED STATES DISTRICT COURT.

19 |     COMES NOW, Petitioner Michael Scott Jones, requesting he allowed an

20 | extension of 30 days to file his traverse.

21 |     Petitioner makes this request because of the unusual circumstances

22 | and complexity of this instant matter. Petitioner is not trained in the

23 | legal field. The law library here at CTF-Central has limited access due

24 | to current lockdown status (See attached PSR.), coupled with the fact CTF-

25 | Central's law library is not in accordance to meet the current inmate

26 | population needs, further limiting access to the law library. Furthermore,

27 | Petitioner has been classified as a critical worker and said will further

28 | restrict his movement and his ability to access the law library. (See

-1-

1  attached declaration.)

2

3  Dated June 20, 2008

4

5                              Respectfully submitted,

6

7                              Michael Scott Jones

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF**

**MICHAEL SCOTT JONES**

I, Michael Scott Jones, Declare that:

1.   That I need an additional 30 days to Traverse the People's Return because of limited access to the prison law library due to the current "lockdown" here at CTF.

2.   I am a layman of the law.

3.   That CTF-Central's prison law library maximum capacity of 60 inmates does not meet the current inmate population needs.

4.   That I am a critical worker which further limits my access to the law library.

5.   That I will suffer extreme prejudice if I am not allowed the additional 30 days to Traverse the People's Response.

6.   I declare unde the Penalty of Perjury the foregoing is True and correct. This declaration is executed this 20th Day of June 2008 at Soledad, California.

Michael S. Jones, Declarant

STATE OF CALIFORNIA
CDCR 3022-B (REV. 07/07)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting periods specific Plan of Operation*

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| Correctional Training Facility Soledad | JUNE 20, 2008 | CTF-Central-08-005 |

| | | | |
|---|---|---|---|
| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |

| | | |
|---|---|---|
| ☐ INITIAL | ☒ UPDATE | ☐ CLOSURE |

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☐ INSTITUTION: | ☒ ALL EXCEPT EAST DORM | ☐ BATTERY |
| ☒ FACILITY:   CTF CENT. MAIN LINE | ☐ BLACK | ☐ DEATH |
| ☐ HOUSING UNIT: | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: | ☐ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: | ☐ OTHER | ☒ OTHER   Escape |
| ☐ OTHER: | ☐ | ☐ |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☐ NORMAL | ☐ NORMAL |
| ☒ ESCORT ALL MOVEMENT | ☒ CRITICAL WORKERS ONLY | ☒ NO DAYROOM ACTIVITIES |
| ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CULINARY | ☐ MODIFIED: |
| ☐ CONTROLLED MOVEMENT | ☐ CLERKS | **RECREATION** |
| ☒ OTHER:   VISUAL ESCORTS OF INMATES IN THE CORRIDORS | ☒ CULINARY BOX LUNCH CREW, COOKS, KITCHEN WORKERS | ☐ NORMAL |
| | ☐ CANTEEN | ☒ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ CLOTHING ROOM | ☐ MODIFIED: |
| ☐ NORMAL | ☐ RESTRICTED WORK PROGRAM | |
| ☒ CELL FEEDING | ☐ PORTERS | **CANTEEN** |
| | ☒ INMATES MAY ASSIST IN CELL FEEDING PROCESS, NO MORE THAN 12 INMATES | ☐ NORMAL |
| ☐ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☒ NO CANTEEN |
| ☐ HOUSING UNIT/DORM AT A TIME | ☐ NORMAL | ☐ MODIFIED: |
| ☐ DORM POD AT A TIME | ☐ ESCORTED | |
| ☐ TIER AT A TIME | ☐ ONE INMATE PER SHOWER – OWN TIER | **PACKAGES** |
| ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | ☐ NORMAL |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☒ NO PACKAGES |
| ☒ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | ☐ MODIFIED: |
| ☐ SACK MEAL DINNER | ☒ NO SHOWERS | |
| **DUCATS** | **MEDICAL** | **PHONE CALLS** |
| ☐ NORMAL | ☐ NORMAL MEDICAL PROGRAM | ☐ NORMAL |
| ☒ MEDICAL DUCATS ONLY | ☐ PRIORITY DUCATS ONLY | ☒ NO PHONE CALLS |
| ☐ CLASSIFICATION DUCATS | ☒ MED. PERS. CONDUCT ROUNDS IN UNITS | ☐ MODIFIED: |
| ☐ PRIORITY DUCATS ONLY | ☐ INMATES ESCORTED TO SICK CALL | |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | **RELIGIOUS SERVICES** |
| ☒ NORMAL VISITING | ☒ OTHER:   MEDS DELIVERED TO UNITS | ☐ NORMAL |
| ☐ NON-CONTACT ONLY | **LEGAL LIBRARY** | ☐ NO RELIGIOUS SERVICES |
| ☐ NO VISITING | ☐ NORMAL | ☒ MODIFIED:  OFFERED @ CELL FRONT |
| ☒ OTHER:   Family Visiting | ☒ APPROVED COURT DEADLINES | |

**REMARKS:** On June 18, 2008, an inmate at CTF-Central escaped from his assigned cell. As a result of this incident all inmates housed at CTF-Central Facility are on modified program (Note: East Dorm is excluded from this program modification), In addition to CTF-Central Facility, all inmates housed at CTF-North Facility will be on modified program. (Note: North Facility Textiles Workers will be allowed to go to their job assignments, and Medical Escorts will be allowed. All inmates will be cell fed, Inmates may assist in the cell feeding process of their assigned wings, no more than twelve inmates will be allowed out at a time. Inmates going to Medical Appointments, Dental Appointments and BPH will be given an unclothed body search prior to exiting their cell, and will be visually escorted to their destinations. There will be no deviation from this Program Status Report without authorization from the Correctional Captain. Questions or concerns regarding this program modification should be addressed to the Watch Commanders on 2nd or 3rd watch.

Searches of G-Wing wing started at approximately 0935 hours on the 3rd/tier, as of 1400 hours, all but twenty-four cells on the 3rd/ tier have been searched. Note: Inmates cannot be utilized in the feeding process in G-Wing until all cells have been searched.

State of Emergency only: Postponement of nonessential administrative decisions, actions and the normal time requirements

☐ Approved   ☐ Disapproved

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| | June 19, 2008 | B. Curry, Warden | |

**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

I, ___Michael S. Jones_____, declare:

I am over 18 years of age and I am party to this action.  I am a

resident of CORRECTIONAL TRAINING FACILITY prison, in the County

of Monterrey, State of California.  My prison address is:

> Michael Jones_____, CDCR #: ~~E-40401~~
> CORRECTIONAL TRAINING FACILITY
> P.O. BOX 689, CELL #:
> SOLEDAD, CA  93960-068~~9-319~~

On ~~June 26, 2008~~_____, I served the attached:

___Motion For An Extension of Time To File Traverse._____

_____

on the parties herein by placing true and correct copies

thereof, enclosed in a sealed envelope (verified by prison

staff), with postage thereon fully paid, in the United States

Mail in a deposit box so provided at the above-named institution

in which I am presently confined.  The envelope was addressed as

follows: State of California
Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

I declare under penalty of perjury under the laws of the

State of California that the foregoing is true and correct.

Executed on ___6/26/08_____.

_____
Michael S. Jones
Declarant