IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT JONES,<br><br>Petitioner,<br><br>vs.<br><br>ARNOLD SCHWARZENNEGGER,<br><br>Respondents. | No. C 07-4323 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>(Docket No. 11) |

Good cause appearing, Petitioner's motion for an extension of time in which to file a traverse is hereby GRANTED. Petitioner shall file his traverse on or before thirty days from the date of this order (docket no. 11).

IT IS SO ORDERED.

DATED: 07/15/08

_____
JEFFREY S. WHITE
United States District Judge