```
Michael Scott Jones  #E-40401
Correctional Training Facility
P.O. Box 639 (G-319)
Soledad, California  93960-0639

Petitioner, In Pro Per
```

FILED
08 AUG 11 AM 8:03
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SCOTT JONES, | C07-4323 |
| Petitioner, | MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL |
| v. | [18 U.S.C, :3006A & 28 U.S.C. §1915(a)] |
| ARNOLD SCHWARZENEGGER, | |
| Respondent | |

Petitioner MICHAEL SCOTT JONES hereby moves this court to appoint Steve M. Defilippis to represent him in the above-entitled action. Petitioner does not know the law so he utilized the services of other inmates throughout the proceedings, including the traverse.

Petitioner is currently represented by Mr. Defilippis in a Ninth Circuit case, Case No. 07-15353, and therefore is familiar with this case.

Should there be a need for an evidentiary hearing or oral arguments, Petitioner would be unable to respond or present claims without the assistance of counsel. For the above listed reason, Petitioner request Mr. Defilippis be appointed as counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Soledad, California on the 5th day of August 2008.

Mike Jones
Michael Scott Jones